**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

CHRISTIAN LUCIA,

Plaintiff,

v.

TARGET CORPORATION,

Defendant.

Civil Action No. 2:26-cv-07054

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Target Corporation ("Target") states that it is a corporation formed under the laws of Minnesota and headquartered in Minneapolis, Minnesota, making its principal place of business in Minnesota. Target has no parent corporation and no publicly held corporation owns 10% or more of Target's stock.

Dated: November 16, 2026

Respectfully submitted,

*/s/ Rachel Fendell Satinsky*

Rachel Fendell Satinsky, Bar No. 308751
rsatinsky@littler.com
Caitlin O'Hare, Bar No. 338052
cohare@littler.com
LITTLER MENDELSON, P.C.
Three Parkway, 1601 Cherry Street
Suite 1400
Philadelphia, Pennsylvania 19102.1321
Telephone: 267.402.3000
Facsimile: 267.402.3131

Attorneys for Defendant
TARGET CORPORATION

**CERTIFICATION OF SERVICE**

I hereby certify that on this 16th day of November, 2026 the foregoing document was filed using the United States District Court for the Eastern District of Pennsylvania ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel of record.

*/s/ Rachel Fendell Satinsky*
Rachel Fendell Satinsky