**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHRISTIAN LUCIA<br><br>Plaintiff<br><br>v.<br><br>TARGET CORPORATION<br><br>Defendant | Civil Action No. 2:26-cv-07054 |

**NOTICE OF APPEARANCE OF CAITLIN O'HARE**

Please enter my appearance on behalf of Defendant Target Corporation in the above captioned matter.

Dated: November 16, 2026

*/s/ Caitlin O'Hare*
Caitlin O'Hare, Bar No. 338052
cohare@littler.com
LITTLER MENDELSON, P.C.
Three Parkway, 1601 Cherry Street
Suite 1400
Philadelphia, Pennsylvania 19102.1321
Telephone: 267.402.3123
Facsimile: 267.402.3131

Attorney for Defendant
TARGET CORPORATION