IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTIAN LUCIA<br>Plaintiff,<br>v.<br>TARGET CORPORATION<br>Defendant. | CIVIL ACTION<br>NO. 26-7054 |

ORDER

AND NOW, this 18th day of November 2026, it is ORDERED that the PRETRIAL CONFERENCE shall be held on December 21, 2026, at 1:00 p.m. via telephone conference. Counsel shall initiate the call to Chambers at (267) 817-5858 and use access code 449 726 259#.

IT IS FURTHER ORDERED as follows:

1. The parties shall make the required initial disclosures under Fed. R. Civ. P. 26(a) within 14 days of the date of this Order.

2. The parties shall commence discovery immediately because it is expected that the parties shall have conducted substantial discovery before the Rule 16 conference.

3. Counsel shall consult and shall complete and file with the Clerk the required Report of the Rule 26(f) Meeting incorporating all the information described in Judge Slomsky's form Report on or before December 18, 2026.

4. Counsel shall follow Judge Slomsky's Policies and Procedures which can be found at www.paed.uscourts.gov.

BY THE COURT:

/s/Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.